UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00085-MOC

| | | |
|---|---|---|
| **JOSHUA ADAM MOFFITT,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Dismiss Civil Action, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The court notes that defendant consents to this motion. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Dismiss Civil Action, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (#11) is **GRANTED**, and this action is **DISMISSED without prejudice**.

Signed: November 8, 2017

Max O. Cogburn Jr.
United States District Judge

-1-